1

2

Attorneys for Plaintiff, Aretha Davis

3

4

5

6

7

8

9         UNITED STATES DISTRICT COURT

10        NORTHERN DISTRICT OF CALIFORNIA

11

12        |                                          ) Case Specific Number: C 06 1509 CRB
                                                     )
13        IN RE: BEXTRA AND CELEBREX                 ) **MDL NO. 1699**
          MARKETING SALES PRACTICES AND              ) **District Judge:  Charles R. Breyer**
14        PRODUCT LIABILITY LITIGATION               )
                                                     )
15                                                   )
                                                     )
16        Plaintiff Name(s),  Aretha Davis           )
                                                     ) **STIPULATION AND ORDER OF**
17                              Plaintiffs,          ) **DISMISSAL WITH PREJUDICE**
                                                     )
18                   vs.                             )
                                                     )
19        Pfizer, Inc., et al.                       )
                              Defendants.            )
20

21

22        Come now the Plaintiff, ARETHA DAVIS, and Defendants, PFIZER, INC., et al. by and

23   through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and

24   hereby stipulate to the dismissal of this action with prejudice with each side bearing its own

25   attorneys' fees and costs.

26        DATED:  January 17, 2009

27

28                              By:

                                     Peter L. Kaufman
                                     Attorneys for Plaintiff, Aretha Davis
                                     -1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

1

2    DATED: August 6, 2009          GORDON & REES

3
                                     By:_____/s/_____
4                                        Stuart M. Gordon
                                         Attorneys for Defendants
5

6

7
     **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
8    **IT IS SO ORDERED.**

9

10   Dated: **AUG 1 7 2009**

11                                   Hon. Charles R. Breyer
                                     United States District Court
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                          -2-

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**